UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOBA CINTIA BIH,<br><br>                    Petitioner,<br><br>        v.<br><br>FACILITY DIRECTOR, CALIFORNIA CITY DETENTION FACILITY, et al.,<br><br>                    Respondents. | No. 1:26-cv-01226-KES-EPG (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING RESPONDENTS' MOTION TO DISMISS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>Docs. 1, 10, 11 |

Petitioner Foba Cintia Bih, a former immigration detainee, proceeded with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Respondents moved to dismiss the petition following Petitioner's removal from the United States.  Doc. 10.  The magistrate judge found the petition is moot and recommended granting the motion to dismiss.  Doc. 11.

On April 29, 2026, the Court served the findings and recommendations on the parties with notice that any objections were to be filed within 14 days after service.  Doc. 11 at 3.  On May 12, 2026, the U.S. Postal Service returned the mail to Petitioner, marked "Undeliverable, RTS, Not Deliverable as Addressed."[1]  Neither Petitioner nor Respondents filed any objections and the time to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo. Having carefully reviewed the file, the Court concludes that the findings and recommendations are

---

[1] Nevertheless, service upon Petitioner is deemed effective pursuant to Local Rule 182(f).

1

supported by the record and proper analysis.  The Court ORDERS:

1. The findings and recommendations issued on April 29, 2026 (Doc. 11) are ADOPTED in full.

2. Respondents' motion to dismiss (Doc. 10) is GRANTED.

3. The petition for writ of habeas corpus (Doc. 1) is DISMISSED.

4. The Clerk of Court is directed to close this case.

**IT IS SO ORDERED**

DATE: <u>May 29, 2026</u>

_____
UNITED STATES DISTRICT JUDGE

2